ACCEPTED
01-15-00572-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/28/2015 5:14:54 PM
CHRISTOPHER PRINE
CLERK

**In The**

# Court of Appeals

**For The**

## First District of Texas

———————

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

7/28/2015 5:14:54 PM

CHRISTOPHER A. PRINE
Clerk

**NO. 01**– 15 – 00572 –**CV**

———————

Progressive County Mut. Ins. Co. and Wilkins , **Appellant(s)**

**V.**

Predistell and Maenetta Robinson , **Appellee(s)**

═══════════════════════════════

**On Appeal from the** 80th **Court**
Harris **County, Texas**
**Trial Court Cause No.** 2013-41593

═══════════════════════════════

## PARTIES' NOTIFICATION TO COURT OF MEDIATOR

The parties have agreed that the following person will mediate this cause:

Mediator's name: Hal Hargis

State Bar of Texas identification number: 00784213

Mailing address: 3605 Katy Freeway, Suite 218

Houston, Texas 77007

Telephone number: 281.747.9010

Fax number: 281.747.9011

e-mail address: hal@halhargislaw.com


/s/ George W. Vie III
Attorney's name: George W. Vie III
State Bar of Texas identification number: 20579310
Mailing address: 2228 Mechanic Street, Ste 400 Galveston, Texas 77550
Telephone number: 713.571.4232
Fax number: 713.893.6095
e-mail address: gvie@millsshirley.com
Counsel for: Appellants Progressive County Mutual and Donald Wilkins


/s/ John Riley Friesell
Attorney's name: John Riley Friesell
State Bar of Texas identification number: 90001413
Mailing address: 808 Travis Street 24th Floor, Houston, Texas 77002-5778
Telephone number: 713.236.9177
Fax number: 713.650.1602
e-mail address: john.friesell@sbcglobal.net
Counsel for: Appellees Predistell and Maenetta Robinson


Attorney's name:
State Bar of Texas identification number:
Mailing address:
Telephone number:
Fax number:
e-mail address:
Counsel for: